# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1439
Lower Tribunal No. F19-10464
_____

**Jeremy Rojas,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Jeremy Rojas, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO, and GOODEN, JJ.

PER CURIAM.

Affirmed.